Waiver of Indictment

## UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

v.                  :          CRIMINAL NO. 18-cr-00154

TIMOTHY MILLER          :

Timothy Miller, the above named defendant, who is accused of

18 U.S.C. § 666

being advised of the nature of the charge and his rights, hereby waives in open court prosecution

by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Timothy Miller, Defendant,

_____
Witness, Eric L. Gibson AUSA

_____
Leo M. Mulvihill, Jr., Counsel for
Defendant Timothy Miller

*April 19, 2018*
Date