IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

          CRIMINAL

v.  :

          NO. __18-154-1__

          :

__TIMOTHY MILLER____

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $ __10,000__

    _X_  O/R
    ____  Cash
    ____  Secured by:
          ____  % Cash
          ____  Property at: _____
          ____  **Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

### PRETRIAL SERVICES

_X_  Defendant shall report to Pretrial Services:
      _X_  **as directed** by Pretrial Services
      ____  times per week **in person**
      ____  times per week **via telephone**

____  Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

_X_  Defendant shall submit to **random drug testing** as directed by Pretrial Services, *however, if 1st test negtive then no further testing.*

_X_  Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substance Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.

____  Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.

____  Defendant shall submit to **electronic monitoring** at the following address:

_____

____  This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

____  **Curfew**. You are restricted to your residence every day from ____ to ____, during which electronic monitoring will be in place, or as directed by the pretrial services officer or supervising officer.

1

\_\_\_\_\_ **Home Detention**. You are restricted to your residence at all times except for employment, education, religious services, medical treatment, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by the pretrial services officer or supervising officer.

\_\_\_\_\_ **Home Incarceration**. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the Court.

| PASSPORT |
|---|

__X__ Defendant shall surrender and/or refrain from obtaining a **passport**.

| TRAVEL |
|---|

\_\_\_\_\_ Travel is restricted to the **Eastern District of Pennsylvania**.
__X__ Travel is restricted to the _Continental United States_.
\_\_\_\_\_ Unless prior permission is granted by Pretrial Services.

| FIREARMS |
|---|

__X__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while under supervision must be removed from the premises and no firearms are to be brought into the premises during this period. The Defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

| MISCELLANEOUS |
|---|

__X__ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
\_\_\_\_\_ Defendant must maintain present **employment**.
\_\_\_\_\_ Defendant must **actively seek** gainful employment.
\_\_\_\_\_ Defendant shall undergo a **mental competency evaluation**.
\_\_\_\_\_ Defendant must reside:

**At:** _____

**With:** _____

| COMPUTERS/ INTERNET |
|---|

\_\_\_\_\_ The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to ensure compliance with the imposed restrictions.

\_\_\_\_\_ **No Computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

2

_____ **Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_____ **Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees associated with the installation and use of monitoring software.

_____ **Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to ensure the equipment is password-protected.

__X__ **Other Restrictions**: To address potential 3rd party risk, the defendant is to advise any potential employer of his plea to violations of 18 U.S.C. 666.

**OTHER CONDITIONS:**

As a further condition of release, Defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail, and imprisonment, pending trial.

_____          _____
AUSA                                                                                   DEFENSE ATTORNEY

It is so **ORDERED** this _19th_ day of _April_, 20_18_.

**BY THE COURT:**

_____
R. BARCLAY SURRICK, JUDGE

CC:    U.S. Marshal (2)
       Pretrial Services (1)
       Counsel
       Defendant

3